

Search for Cases by: Select Search Method... ▼

| Judicial Links | eFiling | Help | Contact Us | Print |   GrantedPublicAccess  Logoff NCANNEZZARO |

**1622-CC11026 - MITCHELL FERNSLER V. ALLIED PROPERTY & CASUALTY CO (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending  ○ Ascending    Display Options: All Entries ▼

---

**11/28/2016**   **Retn Serv-Reg/Cert Mail Succs**
70161370000120356547

**Summons Personally Served**
Document ID - 16-SMCC-18374; Served To - ALLIED PROPERTY AND CASUALTY COMPANY; Server - ; Served Date - 14-NOV-16; Served Time - 08:30:00; Service Type - Sheriff Department; Reason Description - Served

**11/18/2016**   **Jury Trial Scheduled**
   Scheduled For: 05/22/2017;  9:00 AM ;  BRYAN L HETTENBACH;  City of St. Louis

**11/07/2016**   **Summons Issued-Circuit**
Document ID: 16-SMCC-18374, for ALLIED PROPERTY AND CASUALTY COMPANY.

**Filing Info Sheet eFiling**
   Filed By: SCOTT LEE KOLKER

**Summ Req-Circuit Pers Serv**
Summons.
   Filed By: SCOTT LEE KOLKER
   On Behalf Of: MITCHELL FERNSLER

**Pet Filed in Circuit Ct**
Petition.
   Filed By: SCOTT LEE KOLKER

**Judge Assigned**

---

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

MITCHELL FERNSLER,     )
                       )
    Plaintiff,         )
                       )   Cause No.
v.                     )
                       )
ALLIED PROPERTY AND CASUALTY COMPANY )   PERSONAL INJURY VEHICULAR
SERVE: JOHN M. HUFF    )   JURY TRIAL DEMANDED
    Director of Insurance )
    301 W. High Street, #530 )
    Jefferson City, Missouri 65101 )
                       )
    Defendant.         )

## **PETITION**

Comes Now Plaintiff Mitchell Fernsler, for his claim against Defendant, states as follows:

1. At all times pertinent herein, 7 Trails Drive was an open and public street and highway.

2. On or about June 20, 2014, Plaintiff Mitchell Fernsler was operating a scooter on the street running through the 7 Trail Drive when said scooter was negligently and violently crashed into by a motor vehicle being operated by Kimberly Gann.

3. Kimberly Gann was negligent and failed to exercise the highest degree of care in one or more of the following respects:

    a. Kimberly Gann drove at an excessive speed;

    b. Kimberly Gann knew or, by the use of the highest degree of care, could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, or swerved, or slackened speed, or sounded a warning, or slackened speed and swerved, or slackened speed and sounded a warning, or swerved and sounded a warning, but the Kimberly Gann failed to do so;

    c. Kimberly Gann failed to keep a careful lookout;

    d. Kimberly Gann failed to signal in intention to turn; and

   e. Kimberly Gann failed to yield the right of way.

4. At all times pertinent herein, Defendant was an insurance company and corporation with authority to sue and be sued and had an office or agent for the transaction of its usual and customary business in the City of St. Louis, State of Missouri.

5. Defendant issued a policy of insurance with Policy Number PPCM0009918570-6 which covered Plaintiff Mitchell Fernsler which was in full force and effect at the time of the occurrence mentioned herein.

6. At all pertinent times mentioned herein, Mitchell Fernsler was an insured thereunder and said policy provided underinsured motorist coverage to Plaintiff Mitchell Fernsler.

7. Plaintiff Mitchell Fernsler settled his claim against Kimberly Gann for the limits of her automobile insurance policy but Mitchell Fernsler has incurred damages in excess of said policy limits.

8. Plaintiff Mitchell Fernsler has complied with all conditions precedent under the above-referenced policy issued by Defendant.

9. Plaintiff Mitchell Fernsler is entitled to additional damages pursuant to Mo.Rev. Stat. §375.420 in that:

   a. Plaintiff had a policy of insurance with Defendant;

   b. Defendant refused to pay Plaintiff his damages under said policy; and

   c. Such refusal was without reasonable cause or excuse.

10. The negligence of Kimberly Gann directly caused or directly contributed to cause Plaintiff Mitchell Fernsler to sustain injuries to his left hip and low back which will require surgery in the future; medical and other health care related expenses have been incurred in the approximate amount of $20,000.00 in connection with said injuries and Plaintiff will in the future incur additional medical expenses in the approximate amount of $200,000.00 for further medical care and services; all of the aforesaid injuries are permanent and progressive and greatly interfere with Plaintiff Mitchell Fernsler's ability to enjoy life; he has and will continue to suffer pain and discomfort.

WHEREFORE, Plaintiff Mitchell Fernsler prays judgment against Defendant for such sums as are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, damages for vexatious refusal, prejudgment interest in accordance with law, costs expended herein, and for such other relief as may be appropriate under the circumstances.

Respectfully submitted,

DEFEO & KOLKER, LLC

By: _____
SCOTT L. KOLKER, #44161
7700 Bonhomme Avenue, Suite 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

Attorney for Plaintiff

**1622-CC11026**

Electronically Filed - City of St. Louis - November 07, 2016 - 12:00 PM

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| MITCHELL FERNSLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. |
| v. ) | |
| ) | |
| ALLIED PROPERTY AND CASUALTY COMPANY ) | PERSONAL INJURY VEHICULAR |
| SERVE: JOHN M. HUFF ) | JURY TRIAL DEMANDED |
| Director of Insurance ) | |
| 301 W. High Street, #530 ) | |
| Jefferson City, Missouri 65101 ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM FOR CLERK

Enclosed please find, for filing on behalf of Plaintiff:

1.  Filing Fee - $145.00
2.  Plaintiff's Petition

SUMMONS ORDERED TO ISSUE for service upon defendant.

JOHN M. HUFF
Director of Insurance
301 W. High Street, #530
Jefferson City, Missouri 65101

PLAINTIFF REQUEST THAT SUMMONS BE RETURNED TO PLAINTIFF'S ATTORNEY FOR FORWARDING TO THE SHERIFF OF COlE COUNTY FOR SERVICE UPON DEFENDANT.

Respectfully submitted,

DEFEO & KOLKER, LLC

By: /s/ Scott Kolker
SCOTT L. KOLKER, #44161
7700 Bonhomme Avenue, Suite 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

Attorney for Plaintiff

{494894 / 110056} 1



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1622-CC11026 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>MITCHELL FERNSLER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SCOTT LEE KOLKER<br>7700 BONHOMME<br>STE 350<br>CLAYTON, MO 63105 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>ALLIED PROPERTY AND CASUALTY COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: ALLIED PROPERTY AND CASUALTY COMPANY
Alias:
JOHN M HUFF
DIRECTOR OF INSURANCE       COLE COUNTY, MO
301 W HIGH STREET 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**November 7, 2016**                                    _Thomas Kloeppinger_
_____                          _____
            Date                                                          Clerk

*CITY OF ST LOUIS*

Further Information:

### Sheriff's or Server's Return
Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____       _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)       Subscribed and sworn to before me on _____ (date).

My commission expires: _____       _____
                                    Date                           Notary Public

**Sheriff's Fees**
Summons            $_____
Non Est            $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $   10.00
Mileage            $_____   ( _____ miles @ $. _____ per mile)
**Total**          $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: BRYAN L HETTENBACH | Case Number: 1622-CC11026 | FILED<br>22ND JUDICIAL CIRCUIT<br>CIRCUIT CLERK'S OFFICE<br>Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: MITCHELL FERNSLER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SCOTT LEE KOLKER<br>7700 BONHOMME<br>STE 350<br>CLAYTON, MO 63105 | 16 NOV 28 PM 3:54<br>Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent: ALLIED PROPERTY AND CASUALTY COMPANY | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | RECEIVED<br>NOV 1 0 2016 |
| Nature of Suit: CC Pers Injury-Vehicular | | (Date File Stamp)<br>COLE COUNTY<br>SHERIFF'S OFFICE |

## Summons in Civil Case

The State of Missouri to: ALLIED PROPERTY AND CASUALTY COMPANY
Alias:

JOHN M HUFF
DIRECTOR OF INSURANCE
301 W HIGH STREET 530
JEFFERSON CITY, MO 65101

COLE COUNTY, MO

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**November 7, 2016**                    _Thomas Kloeppinger_
_____                 _____
Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

**ENTERED**
**DEC 0 5 2016**
**S.R.R**

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_Kim Landers_ (name) _DI_ (title).
☐ other _____

Served at _301 W. High_ (address)
in _C.C._ (County/City of St. Louis), MO, on _11/14/16_ (date) at _830a_ (time).

_Cny Jeff_                              _/s/ Jeff Sell 81_
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____    _____
                        Date          Notary Public

**Sheriff's Fees**
Summons           $_____
Non Est           $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage           $_____ (____ miles @ $____ per mile)
**Total**         $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

State of Missouri

# Department of Insurance, Financial Institutions and Professional Registration



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

ALLIED PROPERTY & CASUALTY INSURANCE COMPANY
CSC LAWYERS INCORPORATING SERVICE COMPANY
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**RE:** Court: St. Louis City Circuit Court, Case Number: 1622-CC11026

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this 14th day of November, 2016.

ENTERED
DEC 06 2016
SRR

Director of Insurance, Financial Institutions and Professional Registration

---

**AFFIDAVIT**

State of Missouri,
    ss.
County of Cole,

The undersigned Director of the Department of Insurance, Financial Institutions and Professional Registration or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on _November 15_, _2016_ by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Insurance, Financial Institutions and Professional Registration

By: _____

Subscribed and sworn to before me this _15th_ day of _November, 2016_.

Notary Public

My commision expires: _____

KATHRYN LATIMER
My Commission Expires
March 4, 2020
Cole County
Commission #12418395

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALLIED PROPERTY & CASUALTY INSURANCE COMPANY
   CSC LAWYERS INCORPORATING SERVICE COMPANY
   221 BOLIVAR STREET
   JEFFERSON CITY, MO 65101

   9590 9402 1746 6074 5424 46

2. Article Number (Transfer from service label)

   7016 1370 0001 2035 6547

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_            ☐ Agent   ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery